

**RACKEMANN
SAWYER & BREWSTER**
PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

FILED
IN CLERK'S OFFICE

2009 MAY 21  P 1: 23

DISTRICT COURT
DISTRICT OF MASS.

Established 1886

Jesse W. Abair
(617) 951-1103
jabair@rackemann.com

May 21, 2009

**VIA HAND DELIVERY**

Mr. Dennis O'Leary
Courtroom Clerk to Hon. Mark L. Wolf
Untied States District Court
Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re: Noonan v. Wonderland Greyhound Park Realty, LLC, et al.
    **U.S. District Court No. 09-CV-10723**

Dear Mr. O'Leary:

As counsel for Anglo Irish Bank Corporation, Limited, the removing party to the above-referenced action, I write in response to the Court's May 11, 2009 Memorandum and Order in which the Court requests that this case be assigned Magistrate Judge Bowler. Please be advised that at least one party does not consent to a transfer to Magistrate Judge Bowler.

Thank you for your attention to this matter.

Very truly yours,

Jesse W. Abair

JWA:slf
cc: Deborah S. Griffin, Esq.
    Beth Jacobson, Esq.
    Patrick Dinardo, Esq.