UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| E. MARK NOONAN,<br><br>   Plaintiff,<br><br>v.<br><br>WONDERLAND GREYHOUND PARK<br>REALTY LLC, WONDERLAND PARKING,<br>INC., ANGLO IRISH BANK CORPORATION,<br>PLC, WONDERLAND GREYHOUND<br>PARK, INC., THE WESTWOOD GROUP, INC.,<br>STERLING SUFFOLK RACECOURSE, LLC,<br>COASTAL DEVELOPMENT<br>MASSACHUSETTS, LLC, RICHARD P.<br>DALTON, and CHARLES F. SARKIS,<br><br>   Defendants. | CIVIL ACTION<br>NO. 09-CV-10723 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
THE WESTWOOD GROUP, INC., WONDERLAND GREYHOUND
PARK REALTY, LLC, WONDERLAND GREYHOUND PARK, INC.,
WONDERLAND PARKING, INC., STERLING SUFFOLK RACECOURSE, LLC
<u>AND COASTAL DEVELOPMENT MASSACHUSETTS, LLC</u>**

Pursuant to LR, D. Mass 7.3(A), defendants The Westwood Group, Inc., Wonderland Greyhound Park, Inc., Wonderland Greyhound Park Realty, LLC, Wonderland Parking, Inc., Sterling Suffolk Racecourse, LLC and Coastal Development Massachusetts, LLC hereby make the following corporate disclosures:

1. The Westwood Group, Inc. does not have a corporate parent; no publicly traded corporation holds 10% or more of The Westwood Group, Inc.'s stock.

2. Wonderland Greyhound Park, Inc. is a wholly owned subsidiary of The Westwood Group, Inc.; no publicly traded corporation holds 10% or more of Wonderland Greyhound Park, Inc.'s stock.

3. Wonderland Parking, Inc. is a wholly owned subsidiary of Wonderland Greyhound Park, Inc.; no publicly traded corporation holds 10% or more of Wonderland Parking, Inc.'s stock.

4. Wonderland Greyhound Park Realty, LLC is a wholly owned subsidiary of Wonderland Greyhound Park, Inc. No publicly traded corporation holds 10% or more of the membership interests of Wonderland Greyhound Park Realty, LLC.

5. Sterling Suffolk Racecourse, LLC has no parent corporation and 10% or more of Sterling Suffolk Racecourse, LLC's ownership interests are owned by Vornado Realty Trust, a publicly traded company on the NYSE (VNO).

6. Coastal Development Massachusetts, LLC has a parent corporation Coastal Development LLC and no public company owns 10% or more of Coastal Development Massachusetts, LLC.

Dated: May 28, 2009

Respectfully submitted,

WONDERLAND GREYHOUND PARK REALTY, LLC, WONDERLAND PARKING, INC., WONDERLAND GREYHOUND PARK, INC., THE WESTWOOD GROUP, INC., STERLING SUFFOLK RACECOURSE, LLC AND COASTAL DEVELOPMENT MASSACHUSETTS, LLC

By their attorneys,

/s/ Beth L. Jacobson
Patrick P. Dinardo (BBO #125250)
*pdinardo@sandw.com*
Beth L. Jacobson (BBO #644718)
*bjacobson@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02110
T: (617) 338-2800
F: (617) 338-2880

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 28, 2009.

/s/ Beth L. Jacobson