```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

E. MARK NOONAN,
    Plaintiff,

    v.                                  CIVIL ACTION NO.
                                      09-10723-MBB

WONDERLAND GREYHOUND PARK
REALTY LLC, WONDERLAND PARKING,
INC., ANGLO IRISH BANK
CORPORATION, PLC, WONDERLAND
GREYHOUND PARK, INC., THE WESTWOOD
GROUP, INC., STERLING SUFFOLK
RACECOURSE, LLC, COASTAL
DEVELOPMENT MASSACHUSETTS, LLC,
RICHARD P. DALTON and CHARLES
F. SARKIS,
    Defendants.


**PROCEDURAL ORDER**

**July 14, 2011**

**BOWLER, U.S.M.J.**

    On July 14, 2011, this court heard oral argument on a motion to reopen this proceeding to enforce a settlement agreement reached between the parties. (Docket Entry # 249). During the hearing, the parties agreed to conduct a mediation before this court with the stipulation that, if mediation fails, this court will go back to addressing the motion to reopen (Docket Entry # 249). In other words, the parties agree not to use the existence of such a mediation in any way to support an argument regarding the existence of a settlement or to support or to oppose the

motion to reopen.[1]

>	/s/ Marianne B. Bowler
>	**MARIANNE B. BOWLER**
>	United States Magistrate Judge

---

[1] In the event the parties do not agree to the above, they shall advise the clerk in writing on or before the close of business tomorrow.